**Order entered March 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00362-CV

### IN RE INTEGRAS CAPITAL RECOVERY LLC, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07958**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real

party in interest and respondent file their responses, if any, on or before April 8, 2015.


/s/     DAVID L. BRIDGES
          JUSTICE